Thaddeus G. BENTON, Administrator of the Estate of William H. Benton, Appellant, v. Alvin L. NEWMYER, Appellee.

No. 10410.

United States Court of Appeals District of Columbia Circuit.

Argued Jan. 17, 1950.

Decided Jan. 23, 1950.

Mr. Russell Hardy, Washington, D. C., for appellant. Mr. Benjamin H. Dorsey, Washington, D. C., also entered an appearance for appellant.

Mr. David G. Bress, Washington, D. C., with whom Mr. Alvin L. Newmyer, Jr., Washington, D. C., was on the brief, for appellee.

Before EDGERTON, WASHINGTON, and BAZELON, Circuit Judges.

PER CURIAM.

We find no error in the record. The judgment of the District Court is therefore affirmed.